UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No.: 0:22-cv-61601-WPD

ROGER ESCANO, and other similarly  )
situated individuals,               )
                                    )
            Plaintiff(s),           )
                                    )
v.                                  )
                                    )
EXOTIC COUNTERTOP INC f/k/a         )
EXOTIC GRANITE & STONE, CORP.       )
d/b/a EXOTIC GRANITE & STONE,       )
CORP., and ELLYSON MEDEIROS,        )
                                    )
            Defendants.             )
_____ )

**ORDER GRANTING JOINT MOTION FOR APPROVAL OF
FLSA SETTLEMENT AND TO DISMISS CASE WITH PREJUDICE**

THIS CAUSE came before the Court upon the Joint Motion for Approval of FLSA Settlement and to Dismiss Case with Prejudice (the "Motion"). [DE 29]. The Court has carefully reviewed the Motion [DE 29], the Settlement Agreement attached thereto [DE 29-1], and is otherwise fully advised in the premises.

Having reviewed the relevant terms of the Settlement Agreement, the Court approves the Settlement Agreement as a fair and reasonable resolution of a bona fide dispute over FLSA provisions. *See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350, 1355 (11th Cir. 1982).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Motion [DE 29] is **GRANTED**;

2. The parties' Settlement Agreement [DE 29-1] is hereby **APPROVED**;

3. The Case is **DISMISSED WITH PREJUDICE**; and

4.   The Clerk is directed to **CLOSE** the case and **DENY** any pending motions as moot.

   **DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this

26th day of January 2023.


WILLIAM P. DIMITROULEAS
United States District Judge


Copies furnished to:

Counsel of record